# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| LAVARICE WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:22-cv-00258-LSC-NAD |
| STATE OF ALABAMA, et al., | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM OPINION**

The magistrate judge has entered a report, recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. (Doc. 20). The magistrate judge advised Wilson of his right to file specific written objections within 14 days. (*Id.*, at 13-15). That time has expired without any objections being filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

The court will enter a separate final judgment.

**DONE** and **ORDERED** on April 10, 2024.

_____
L. Scott Coogler
United States District Judge

160704